UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DR. CORNELIU BOLBOCEAN, | § | Civil Action No.: 6:19-cv-00465-ADA-JCM |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73 and the Local Rules of the United States District Court for the Western District of Texas, the following party: Dr. Corneliu Bolbocean through counsel: Andrew Miltenberg, Esq.

☐ Consents to having a United States Magistrate Judge preside over the trial in this case.

■ declines to consent to trial before a United States Magistrate Judge.

Dated: June 15, 2020

Respectfully submitted,

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq. (*pro hac vice*)
Stuart Bernstein, Esq. (*pro hac vice*)
Kara Gorycki, Esq. (*pro hac vice*)
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001
Telephone: (212) 736-4500
amiltenberg@nmllplaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie A. Springer, Esq.
Colleen Murphey, Esq.
**WEISBERT SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
(512) 652-5780
jspringer@wshllp.com
cmurphey@wshllp.com

*Attorneys for Defendant Baylor University*

                                                */s/ Andrew T. Miltenberg*
                                                Andrew T. Miltenberg, Esq.