UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DR. CORNELIU BOLBOCEAN | § CIVIL ACTION NO.: |
| | § 6:19-CV-00465-ADA-JCM |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| BAYLOR UNIVERSITY, | § |
| | § |
| Defendant. | § |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3 of the United States District Court for the Western District of Texas, the law firm of NESENOFF & MILTENBERG, LLP. hereby moves this Court for an Order allowing the withdrawal of attorneys Andrew Miltenberg, Esq., Stuart Bernstein, Esq and Kara Gorycki, Esq. as counsel of record for Plaintiff Dr. Corneliu Bolbocean, and in support thereof, states as follows:

1. Andrew Miltenberg, Esq., Stuart Bernstein, Esq and Kara Gorycki, Esq. of NESENOFF & MILTENBERG, LLP are currently counsel of record for Plaintiff Dr. Corneliu Bolbocean ("Plaintiff") but are no longer actively representing Plaintiff in this matter as a result of a breakdown in the attorney-client relationship. Movants and Plaintiff are unable to work together cooperatively in the progress of this lawsuit, and Plaintiff is unable to maintain the financial responsibility required by the engagement agreement. Written notice of the intent to file this motion was given to Plaintiff by mail and email on November 19, 2020.

2. Movants were admitted to practice *pro hac vice* in this Court, in conjunction with local counsel R. Mark Dietz, Esq. of Dietz & Jarrard, P.C. Upon information and belief, Mr. Dietz has filed a similar application seeking his withdrawal as a result of the same situation.

WHEREFORE, the law firm of NESENOFF & MILTENBERG, LLP respectfully requests the Court grant this Motion to Withdraw pursuant to Local Rule AT-3.

Dated: December 28, 2020.

                Respectfully Submitted,

By: */s/ Stuart Bernstein*
Stuart Bernstein, Esq.
**NESENOFF & MILTENBERG, LLP**
Andrew T. Miltenberg, Esq. (*pro hac vice*)
Stuart Bernstein, Esq. (*pro hac vice*)
Kara L. Gorycki, Esq. (*pro hac vice*)
363 Seventh Avenue, 5th Floor
New York, New York 10001
Tel: (212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kgorycki@nmllplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of December 2020, I mailed a copy of this Motion and Order by certified mail and email to Corneliu Bolbocean, and I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

R. Mark Dietz, Esq.
Dietz & Jarrard P.C.
106 Fannin Ave, E.
Round Rock, TX 78644

Julie A. Springer, Esq.
Colleen Elizabeth Murphey, Esq.
Sara E. Janes, Esq.
WEISBART SPRINGER HAYES, LLP
212 Lavaca St., Suite 200
Austin, TX 78701

Corneliu Bolbocean
PO Box 285
701 Washington St.
Buffalo, NY 14205

                                                                                   /s/ James E. Wrynn
                                                                                     James E. Wrynn