IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DR. CORNELIU BOLBOCEAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:19-CV-00465-ADA-JCM |
| BAYLOR UNIVERSITY, | § § § | |
| Defendant. | § | |

## ORDER

  Came for consideration R. Mark Dietz's Motion to Withdraw as Attorney for Plaintiff (ECF No. 43) and the Law Firm of Nesenoff & Miltenberg, LLP's Motion to Withdraw as Attorney for Plaintiff (ECF No. 44). Because neither Motion fully complies with Local Rule AT-3 (requiring "[i]f the successor attorney is not known, the motion must set forth the client's name, address, and telephone number, and must bear either the client's signature or a detailed explanation why the client's signature could not be obtained after due diligence.") nor indicates whether Plaintiff is opposed to the relief sought, the Court will set both Motions for a hearing.

  **IT IS THEREFORE ORDERED** that the court will hold a Video Hearing on both Motions to Withdraw with the Honorable Judge Jeffrey C. Manske on **Thursday, January 14, 2021, at 1:30 p.m**. The hearing will be conducted by video at https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09 and will be attended by R. Mark Dietz, at least one counsel from Nesenoff & Miltenberg, LLP, and Plaintiff Corneliu Bolbocean. Defendant's counsel is not required to attend this hearing. The Court **FURTHER ORDERS** Plaintiff's counsel to forward a copy of this Order to Corneliu Bolbocean at the first opportunity.

1

**SIGNED** this 4th day of January, 2021,

**THE HONORABLE JEFFREY C. MANSKE**
**UNITED STATES MAGISTRATE JUDGE**