# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **CORNELIU BOLBOCEAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:19-CV-00465-ADA-JCM |
| | § | |
| **BAYLOR UNIVERSITY,** | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S RESPONSE TO MOTIONS TO WITHDRAW

TO THE HONORABLE JUDGE JEFFREY C. MANSKE:

Defendant Baylor University ("Baylor") files this Response to the Motions to Withdraw filed by Plaintiff's counsel (the "Motions"). Dkt. 43, 44. This case is presently set for trial on August 30, 2021. Dkt. 34. While Baylor does not oppose the Motions, Baylor requests that, as a condition of any withdrawal, Plaintiff's counsel provide "the name and office address of [any] successor attorney" or, if a successor attorney is not known, "the client's name, address and telephone number" as required by Local Rule AT-3.

Dated: January 4, 2021

                                          Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By: /s/ Julie A. Springer
      Julie A. Springer
      Texas Bar No. 18966770
      jspringer@wshllp.com
      Sara E. Janes
      Texas Bar No. 24056551
      sjanes@wshllp.com
      Rachel Mathisen
      Texas Bar No. 24102155
      rmathisen@wshllp.com

**ATTORNEYS FOR DEFENDANT
BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

☐ U.S. Mail, First Class
☐ Certified Mail
☐ Facsimile
☐ Federal Express
☐ Hand Delivery
☒ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants)

on this 4th day of January 2021, to wit:

| | |
|---|---|
| Andrew T. Miltenberg | R. Mark Dietz |
| Stuart Bernstein | DIETZ & JARRARD P.C. |
| Kara L. Gorycki | 106 Fannin Avenue East |
| NESENOFF & MILTENBERG, LLP | Round Rock, Texas  78664 |
| 363 Seventh Avenue, 5th Floor | (512) 244-9314 |
| New York, New York  10001 | mdietz@lawdietz.com |
| (212) 736-4500 | |
| (212) 736-2260 fax | |
| amiltenberg@nmllplaw.com | |
| sbernstein@nmllplaw.com | |
| kgorycki@nmllplaw.com | |

**ATTORNEYS FOR PLAINTIFF**

/s/ Julie A. Springer
Julie A. Springer