# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF
## TEXAS WACO DIVISION

| | | |
|---|---|---|
| JOHN DOE | § § § | |
| vs. | § | Case Number: 6:19-CV-0465- ADA- JCM |
| | § | |
| BAYLOR UNIVERSITY | § § § | |

## ORDER RESETTING VIDEO CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for a Motion hearing via Zoom, on Thursday, January 14, 2021, at 9:30 a.m. (time change only). Please utilize the below link to access the conference.

https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09

IT IS SO ORDERED this 8th day of January, 2021.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE