# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DR. CORNELIU BOLBOCEAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:19-CV-00465-ADA-JCM |
| BAYLOR UNIVERSITY, | § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Dr. Corneliu Bolbocean wishes to dismiss all claims asserted against Baylor in the above captioned matter with prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dr. Corneliu Bolbocean and Defendant Baylor University, acting through its counsel, hereby stipulate to the dismissal with prejudice of this action, including all claims asserted against Defendant Baylor University, with each party bearing its own costs, attorney's fees, and expenses.

Respectfully Submitted,

| | |
|---|---|
| **DR. CORNELIU BOLBOCEAN**<br>Pushkin 47, Apt. 17<br>Balti, Moldova MD-3100<br>254.981.6586<br><br>*Cornelia Bolbocean*<br>Dr. Corneliu Bolbocean<br>protHEIBSID@protonmail.com<br><br>**PLAINTIFF PRO SE** | **WEISBART SPRINGER HAYES LLP**<br>212 Lavaca Street, Suite 200<br>Austin, Texas 78701<br>512.652.5780<br>512.682.2074 fax<br><br>By: _____<br>Julie A. Springer<br>State Bar No. 18966770<br>jspringer@wshllp.com<br>Danielle K. Hatchitt<br>State Bar No. 24079080<br>dhatchitt@wshllp.com<br><br>**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY** |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery
- ☐ E-Mail
- ☒ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

on this 1st day of April 2021, to wit:

Corneliu Bolbocean
Pushkin 47, Apt. 17
Balti, Moldova MD-3100
254.981.6586
protHEIBSID@protonmail.com

            /s/ Julie A. Springer
            Julie A. Springer